1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                         **SAN FRANCISCO DIVISION**

11   RICHARD YNIGUEZ,                        Case No. 13-cv-01746 NC
12            Plaintiff,                     **ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE**
13        v.
14   WELLS FARGO BANK, N.A., et al.,
15            Defendants.
16

17        Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this
18   foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone
19   conference to assess this case's suitability for mediation or a settlement conference.
20   Plaintiff's and Defendants' counsel shall participate in a telephone conference, to be
21   scheduled by the ADR Unit as soon as possible but no later than May 17, 2013.
22        Plaintiff's and Defendants' counsel shall be prepared to discuss the following
23   subjects:
24        (1)   Identification and description of claims and alleged defects in loan documents.
25        (2)   Prospects for loan modification.
26        (3)   Prospects for settlement.
27        The parties need not submit written materials to the ADR Unit for the telephone
28   conference.

Case No. 13-cv-01746 NC
ORDER REFERRING CASE TO ADR UNIT

In preparation for the telephone conference, Plaintiff's counsel shall do the following:

(1) Review relevant loan documents and investigate the claims to determine whether they have merit.

(2) If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request. Further, Plaintiff's counsel shall immediately notify Defendants' counsel of the request for a loan modification.

(3) Provide counsel for Defendants with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

(4) Arrange for Plaintiff to participate in the telephone conference.

In preparation for the telephone conference, counsel for Defendants shall do the following:

(1) If Defendants are unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendants shall promptly notify Plaintiff's counsel to that effect.

(2) Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time the telephone conference will be held. After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

IT IS SO ORDERED.

Date: April 19, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01746 NC
ORDER REFERRING CASE TO ADR UNIT

2