UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD YNIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., as successor by merger and acquisition of WORLD SAVINGS BANK, FSB and doing business as WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:13-CV-01746-JST<br><br>[The Honorable Jon S. Tigar]<br><br>**ORDER GRANTING STIPULATION PURSUANT TO FED. R. CIV. P. 41(a) DISMISSING ACTION WITH PREJUDICE** |

## **ORDER**

Based on the Joint Stipulation between plaintiff Richard Yniguez, defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), and defendant NBS Default Services, LLC filed on June 10, 2013,

1  AND GOOD CAUSE APPEARING:

2  The above-captioned action is hereby dismissed in its entirety with prejudice. Each party

3  will bear their own attorneys' fees and costs. The clerk shall close the case.

4

5  DATED:   June 11, 2013

   _____
   THE HONORABLE JON S. TIGAR
6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28